IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:22MJ502 |
| Aaron Kyle Thomas, | NOTICE OF APPEARANCE |
| Defendant. | |

Christopher L. Ferretti, hereby enters his/her appearance as Assistant United States Attorney on behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

By:  s/ Christopher L. Ferretti
CHRISTOPHER L. FERRETTI
DC Bar #985340
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  christopher.ferretti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Christopher L. Ferretti
Assistant U.S. Attorney